

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

## Mars Khaimov Law, PLLC

**MEMO ENDORSED**

**July 1, 2021**

**VIA ECF**

Hon. Judge Valerie E. Caproni

United States District Judge

Southern District of New York

40 Foley Street

New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2021
```

Re:   Quezada v. Captain Fin Co. LLC
Case No. 1:21-cv-02149-VEC

Dear Judge Caproni,

The undersigned represents Plaintiff Jose Quezada (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference is set for July 9, 2021. An affidavit of service was filed on the docket showing Defendant was served on March 16, 2021. Per Your Honor's initial conference Order, Defendant's answer is due July 9th, but no contact has been made by Defendant yet.

Accordingly, the undersigned is requesting an adjournment of the upcoming conference, to allow time for Defendant to appear or otherwise respond to the complaint. If Defendant fails to appear by July 9, 2021, Plaintiff requests an additional 30 days to move for default judgment.

Thank you for your time and consideration of the above request.

/s/Mars Khaimov

Mars Khaimov, Esq.,

Application GRANTED.  Plaintiff must move for
default judgment by **August 9, 2021**, if Defendant
has not appeared or answered by July 9, 2021.  The
conference scheduled for **July 9, 2021** is adjourned
*sine die.*

SO ORDERED.

7/1/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE